In the Matter of KWAME B., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DASHAWN B., Appellant. (Appeal No. 1.) [9 NYS3d 905]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered July 31, 2013 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.